■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK DZIEDZIC, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Braatz, J.), rendered September 11, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.